UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRICK SWANIGAN,

       Plaintiff,

v.

       Case No. 12-10520
       Honorable David M. Lawson
       Magistrate Judge David R. Grand

DETROIT NEWS AND FREE PRESS,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

       Presently before the Court is the report and recommendation issued on February 23, 2012 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b), recommending that this Court dismiss the complaint. Although the Magistrate Judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

       Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt. # 6] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's complaint be **DISMISSED**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: March 13, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 13, 2012.

s/Deborah R. Tofil  
DEBORAH R. TOFIL

---